

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-16-00509-CR

Malcolm **GANDY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6350
Honorable Melisa Skinner, Judge Presiding

# O R D E R

This appeal was originally submitted on briefs on September 6, 2017. However, on February 1, 2018, after discovering a portion of the reporter's record was missing, we withdrew the submission date and ordered Maria Fattahi, the court reporter responsible for preparing the missing portion of the reporter's record, to file the record in this court on or before March 5, 2018. In response to our order, Ms. Fattahi filed a notification of late record, stating appellant has not paid the total amount due for preparation of the record. According to the court reporter, the total amount due for preparation of the reporter's record is $738.78, which includes preparation of the master index, pretrial motions, and exhibits. In her notification, the court reporter further indicated appellant had only paid $609.00. Thus, based on the foregoing, we ordered appellant to provide written proof to this court on or before March 15, 2018 that he had paid the total amount of $738.78 to Ms. Fattahi for preparation of the record.

As of today, appellant has not responded to our order. On March 22, 2018, the clerk's office of this court attempted to contact counsel by telephone, but could not reach him. Instead, a message informing counsel that his response was past due was left with his receptionist.

We therefore **ORDER** appellant to provide written proof to this court on or before **April 16, 2018** that either (1) the fee for the preparation of the record from the missing portion has been paid or arrangements have been made to pay the fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, then we will set this case for submission and only

consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter Maria Fattahi.

**PER CURIAM**

ATTESTED TO:
Keith E. Hottle
Clerk of Court

